LIT

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### PRO SE SCHEDULING NOTIFICATION (NON - AGENCY CASE)

| THIS SECTION MUST BE COMPLETED BY APPELLANT | | |
|---|---|---|
| CASE TITLE:<br>Maria Calderon V.<br>Evergreen Owners, Inc<br>et al. | USCA DOCKET NUMBER:<br>14-1066 | APPELLANT:<br>Maria Calderon |
| | DISTRICT:<br>EDNY (Brooklyn) | APPELLANT'S ADDRESS:<br>363 West 30th Street<br>Apartment 5H<br>New York, N.Y. 10001 |
| | DISTRICT/AGENCY NUMBER:<br>13-cv-C6858-DLI | APPELLANT'S PHONE NUMBER:<br>(646) 346-0398 |

Pursuant to Local Rule 31.2(a)(1)(A), I request that my brief and appendix be accepted for filing no later than __July 18, 2014__. This date is within 91 days of the later
(MM/DD/YYYY)
of (1) the receipt of the last transcript in my case or (2) when no transcript is ordered, the required filing date of my Form D-P with the Court.

I understand that if I fail to return this signed scheduling proposal as stated above, the Court will issue an order setting a 40-day deadline to file my brief. If I fail to file my brief, the case may be dismissed.

I also understand that in the absence of extraordinary circumstances, such as a personal illness or family death, the Court will not grant a motion to extend the time to file a brief. Local Rule 27.1.(f)(1).

_Maria Calderon_
Signature of Appellant/Petitioner

May 12, 2014
Date

Maria Calderon
Print Name

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Maria Calderon
v.
Evergreen Owners, Inc.,
Vision Enterprises Management Corp.,
Evergreen Associates.

**CERTIFICATE OF SERVICE**

Docket Number: __14-1066__

I, __Maria Calderon__ (name), hereby certify under penalty of perjury that on __May 12, 2014__ (date), I served a copy of __Pro Se Scheduling Notification and letter__ to United States Court of Appeals-Second Circuit of (list all documents) __May 12, 2014.__

by (select all applicable)*

- [XX] United States Mail
- [ ] Federal Express
- [ ] Overnight Mail
- [ ] Facsimile
- [ ] E-mail
- [ ] Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Ira G. Cooper, Esq., Cooper, Paroff, Cooper & Cook, Attorneys at Law. | | | | |
| 80-02 Kew Gardens Road- | | | | |
| Suite # 300 | | | | |
| Kew Gardens, New York 11415 | | | | |

May 12, 2014
Today's Date

*Signature*

*If different methods of service have been used on different parties, please indicate on a separate page, the type of service used for each respective party.

Certificate of Service Form